IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

HARVEY VANCLEAVE,          PLAINTIFF

V.          NO. 4:07CV188-P-B

STATE OF MISSISSIPPI,          DEFENDANT

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **DISMISSED** without prejudice. The motion to proceed IFP is MOOT.

**IT IS SO ORDERED.**

THIS the 14th day of December, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE